No. 94–1277.  McKenna v. District Court of New Mexico, Second Judicial District.  Sup. Ct. N. M.  Certiorari denied.

No. 94–1280.  Willman v. Heartland Hospital East et al. C. A. 8th Cir.  Certiorari denied.

No. 94–1281.  Crow Tribe of Indians v. Campbell Farming Corp. et al.  C. A. 9th Cir.  Certiorari denied.

No. 94–1285.  Garmon v. Alabama State Bar.  Sup. Ct. Ala. Certiorari denied.

No. 94–1286.  Plumbers & Steamfitters Local 490 Severance and Retirement Fund et al. v. Appleton, Trustee for the Liquidation of First Ohio Securities Co., et al. C. A. 6th Cir.  Certiorari denied.

No. 94–1288.  Hiram Walker & Sons, Inc. v. Eller & Co., Inc.  C. A. 11th Cir.  Certiorari denied.

No. 94–1290.  Clark v. Groose et al.  C. A. 8th Cir.  Certiorari denied.

No. 94–1294.  Everett, Individually and as Executor of the Estate of Everett, Deceased, et al. v. Continental Bank, N. A.  C. A. 4th Cir.  Certiorari denied.

No. 94–1301.  Hood v. Herald.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 94–1303.  Hoover v. National Transportation Safety Board et al.  C. A. D. C. Cir.  Certiorari denied.

No. 94–1312.  Henderson et al. v. Oregon Department of Agriculture et al.  Ct. App. Ore.  Certiorari denied.

No. 94–1315.  Bennett v. Arkansas.  C. A. 8th Cir.  Certiorari denied.

No. 94–1322.  Colon v. Apex Marine Corp., c/o Westchester Shipping Co., Inc., et al.  C. A. 1st Cir.  Certiorari denied.